# EXHIBIT 1

# Exhibit 1

# Schedule A

| Retailer Identifier | Brand | Platform | Product Link | Domicile |
|---|---|---|---|---|
| B0F7KL8BX9 | Keenstar | Amazon | www.amazon.com/dp/B0F7KL8BX9 | China |
| B0DTHB6L3K | Keenstar | Amazon | https://www.amazon.com/dp/B0DTHB6L3K | China |
| B0F1WC59N5 | Luma Comfort | Amazon | https://www.amazon.com/dp/B0F1WC59N5 | China |
| B0DSW3XJ3Q | Relexnow | Amazon | https://www.amazon.com/dp/B0DSW3XJ3Q | China |
| B0F6MFZCH6 | Relexnow | Amazon | https://www.amazon.com/dp/B0F6MFZCH6 | China |
| B0FX8JWND5 | Relexnow | Amazon | https://www.amazon.com/dp/B0FX8JWND5 | China |
| B0GJ3JR6H5 | Relexnow | Amazon | https://www.amazon.com/dp/B0GJ3JR6H5 | China |