# EXHIBIT 3

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker to U.S. Patent No. 12,593,855**

Below is a chart that applies asserted exemplary independent claim 24 and 30 of U.S. Patent No. 12,593,855 (the "'855 Patent") to the accused Keenstar Frozen Drink Maker (the "Accused Product").  This Accused Product was purchased at the following listings:

- www.amazon.com/dp/B0F7KL8BX9 (ASIN B0F7KL8BX9)
- https://www.amazon.com/dp/B0DTHB6L3K (ASIN B0DTHB6L3K)

Inspection of the Accused Products purchased at each of the foregoing listings confirms that each is identical.  The following contentions use photographs taken of one of the Accused Products, but each feature shown is identically present in all purchased Accused Products.

The arguments and evidence cited in the chart below are representative and Plaintiffs reserve the right to rely on additional arguments and evidence to show that the above-identified accused product infringes exemplary independent claim 24 and 30 of the '855 Patent.

| Claim Element | Accused Product |
|---|---|
| 24[Pre.]: A frozen drink maker comprising: | Accused Product Packaging. |

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| 24[a]: a housing comprising an upper housing section and a cam feature moveable between a coupling position and an uncoupling position; | <br><br>Photograph of Accused Product (annotated).<br><br>The cam feature of the Accused Product is moveable between a coupling position and uncoupling position. |

2

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| |  Photographs of Accused Product (annotated). |

3

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | b. Before discharging and operation, the mixing fan blade and the charging barrel must be packed and locked, as shown in the figure:<br><br>The open state of the charging barrel switch   The closed state of the charging barrel switch<br><br>Before installation   After installation<br><br>Accused Product Instruction Manual. |

4

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | <br><br>Accused Product Instruction Manual. |
| 24[b]: a mixing vessel to receive a drink product, the mixing vessel having: | The mixing vessel is configured to receive a drink product. |

5

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | <br>Photograph of Accused Product (annotated). |
| 24[b][i]: a first end with a first opening and a second end with a second opening configured to dispense drink product; and | <br>Photograph of Accused Product (annotated). |

6

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
|  | The second opening of the mixing vessel of the Accused Product is configured to dispense a drink product. |
| 24[b][ii]: a pour-in opening located on the mixing vessel between the first end and the second end; | Photograph of Accused Product (annotated). |
| 24[c]: a dasher configured to rotate in the mixing vessel; | The dasher of the Accused Product is configured to rotate in the mixing vessel to stir the drink product. |

7

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | <br>Photograph of Accused Product (annotated). |
| 24[d]: a motor to drive the dasher; | The Accused Product includes a motor that drives the dasher to rotate it to stir the drink product.<br><br> |

8

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | Accused Product Instruction Manual.<br><br>As confirmed by product testing, during operation a motor of the frozen drink maker drives the dasher to rotate. |
| 24[e]: an evaporator configured to be received through the first opening and be positioned within the mixing vessel; and | <br>Photograph of Accused Product (annotated).<br><br>The evaporator is received through the first opening of the mixing vessel. |

9

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | <br><br>Accused Product Instruction Manual. |

10

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | <br><br>Accused Product Instruction Manual. |

11

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| 24[f]: a flexible seal arranged proximate to the upper housing section; | <br><br>Photograph of Accused Product (annotated).<br><br>As confirmed by product testing, the flexible seal comprises a flexible material. |
| 24[g]: wherein the cam feature controls coupling the mixing vessel to the upper housing section when in the coupling position and uncoupling the mixing vessel from the upper housing section when in the uncoupling position, and | The cam feature of the Accused Product controls the coupling of the mixing vessel to the upper housing section when in the coupling position and uncouples the mixing vessel from the upper housing section when in the uncoupling position. |

12

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | b. Before discharging and operation, the mixing fan blade and the charging barrel must be packed and locked, as shown in the figure:<br><br>The open state of the charging barrel switch     The closed state of the charging barrel switch<br><br>Before installation     After installation<br><br>Accused Product Instruction Manual. |

13

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | Accused Product Instruction Manual. |

14

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | Photographs of Accused Product (annotated).<br><br>*Id.*, Cl. 24[a]. |
| 24[h]: wherein, when the cam feature is in the coupling position, the first opening of the mixing vessel is positioned to face horizontally and is sealed by the flexible seal. | When the cam feature of the Accused Product is in the coupling position, the first opening of the mixing vessel is positioned to face horizontally and is sealed by the flexible seal about the first opening. |

15

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| <u>Claim Element</u> | <u>Accused Product</u> |
|---|---|
| | First Opening positioned to face horizontally · Flexible Seal · Cam Feature in Coupling Position<br><br>Photograph of Accused Product (annotated). |
| 30. The frozen drink maker of claim 24, wherein the housing comprises a lever moveable relative to the upper housing section, wherein moving the lever to a first position moves the cam feature into the coupling position, and wherein, when in the coupling position, the cam feature | The lever of the Accused Product is moveable relative to the upper housing section. |

16

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| engages at least one mating feature on the mixing vessel to control coupling of the mixing vessel to the upper housing section. | Photographs of Accused Product (annotated).<br><br>Moving the lever of the Accused Product to a first position moves the cam feature into the coupling position.  When in the coupling position, the cam feature engages at least one mating feature on the mixing vessel to control coupling the mixing vessel to the upper housing section. |

17

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
| | Photograph of Accused Product (annotated). |

18

**Exhibit 3**
**Claim Chart Comparing the Keenstar Frozen Drink Maker (the "Accused Product") to U.S. Patent No. 12,593,855**

| Claim Element | Accused Product |
|---|---|
|  | <br><br>Photograph of Accused Product (annotated). |

19