# Exhibit 41

# Schedule A

| Retailer Identifier | Brand | Platform | Product Link | Domicile |
|---|---|---|---|---|
| B0F7KL8BX9 | Keenstar | Amazon | www.amazon.com/dp/B0F7KL8BX9 | |
| B0DTHB6L3K | Keenstar | Amazon | https://www.amazon.com/dp/B0DTHB6L3K | |
| B0F9L29XPC | Keenstar | Amazon | https://www.amazon.com/dp/B0F9L29XPC | |
| B0F1WC59N5 | Luma Comfort | Amazon | https://www.amazon.com/dp/B0F1WC59N5 | |
| B0DSW3XJ3Q | Relexnow | Amazon | https://www.amazon.com/dp/B0DSW3XJ3Q | |
| B0F6MFZCH6 | Relexnow | Amazon | https://www.amazon.com/dp/B0F6MFZCH6 | |
| B0FX8JWND5 | Relexnow | Amazon | https://www.amazon.com/dp/B0FX8JWND5 | |
| B0GJ3JR6H5 | Relexnow | Amazon | https://www.amazon.com/dp/B0GJ3JR6H5 | |
| 17857317050 | BIZAURA | Walmart | https://www.walmart.com/ip/BIZAURA-Slushie-Machine-Slushy-Maker-Bundle-Slushy-Machine-Home-Ice-Need-Professional-Frozen-Drink-Maker-6-Presets-Milkshakes-Frapp-s-Slush-Bonus-Ins/17857317050?classType=REGULAR&from=/search | |
| B0DT429T6D | BKPPM | Amazon | https://www.amazon.com/dp/B0DT429T6D | |
| B0G122V5QH | Garvee | Amazon | www.amazon.com/dp/B0G122V5QH | |
| B0GKPHKJ1Q | Garvee | Amazon | www.amazon.com/dp/B0GKPHKJ1Q | |
| B0GN38T8WB | Garvee | Amazon | www.amazon.com/dp/B0GN38T8WB | |
| B0GS8VMV1P | Garvee | Amazon | https://www.amazon.com/dp/B0GS8VMV1P | |
| B0G4CGGSZ6 | Generic (Wizaura) | Amazon | www.amazon.com/dp/B0G4CGGSZ6 | |
| B0G66MQVVM | NEOISM | Amazon | www.amazon.com/dp/B0G66MQVVM | |
| B0GCKY1MBZ | NEOISM | Amazon | www.amazon.com/dp/B0GCKY1MBZ | |
| B0GCLKYZLR | NEOISM | Amazon | https://www.amazon.com/dp/B0GCLKYZLR | |
| B0FPF8YXCV | REVOTIO | Amazon | www.amazon.com/dp/B0FPF8YXCV | |
| B0FX2M6CV1 | SUPWIN | Amazon | www.amazon.com/dp/B0FX2M6CV1 | |
| B0F8BFBDBV | Sweet (Bizaura) | Amazon | www.amazon.com/dp/B0F8BFBDBV | |
| B0GFRZBM55 | SYINTAO | Amazon | https://www.amazon.com/dp/B0GFRZBM55 | |
| B0FF4S42Q5 | Aaobosi | Amazon | www.amazon.com/dp/B0FF4S42Q5 | |
| B0FFH37RS6 | Aaobosi | Amazon | https://www.amazon.com/dp/B0FFH37RS6 | |
| B0GLFJVZRB | AllToU | Amazon | www.amazon.com/dp/B0GLFJVZRB | |
| B0FVSSQP4J | Astralship | Amazon | www.amazon.com/dp/B0FVSSQP4J | |

# Exhibit 41

# Schedule A

| Retailer Identifier | Brand | Platform | Product Link | Domicile |
|---|---|---|---|---|
| B0F48675ZN | Astralship | Amazon | www.amazon.com/dp/B0F43VGHLZ | |
| B0FNK5KDSP | Besococina | Amazon | www.amazon.com/dp/B0FNK5KDSP | |
| B0FN13CYSZ | BLIZZEE | Amazon | www.amazon.com/dp/B0FN13CYSZ | |
| B0FN1WLJK1 | BLIZZEE | Amazon | www.amazon.com/dp/B0FN1WLJK1 | |
| B0FH7FJ186 | CASIDEA | Amazon | https://www.amazon.com/dp/B0FH7FJ186 | |
| B0GTK7WL43 | COWSAR | Amazon | www.amazon.com/dp/B0GTK7WL43 | |
| B0FXMCG8B3 | Crownful | Amazon | www.amazon.com/dp/B0FXMCG8B3 | |
| B0FLSDY79Z | Culvani | Amazon | www.amazon.com/dp/B0FLSDY79Z | |
| B0F9FXR3ZT | Dutepa | Amazon | https://www.amazon.com/dp/B0F9FXR3ZT | |
| B0GTSZLPZW | Fesoiu | Amazon | www.amazon.com/dp/B0GTSZLPZW | |
| B0FR9C7RPY | FOHERE | Amazon | www.amazon.com/dp/B0FR9C7RPY | |
| B0FSQHLWG4 | FOHERE | Amazon | www.amazon.com/dp/B0FSQHLWG4 | |
| B0FVFKBHF8 | Foyoconven | Amazon | https://www.amazon.com/dp/B0FVFKBHF8 | |
| B0FF9SN2GV | GSEICE | Amazon | www.amazon.com/dp/B0FF9SN2GV | |
| B0FQ4NJSJL | GSEICE | Amazon | www.amazon.com/dp/B0FQ4NJSJL | |
| B0FSKR56YN | GSEICE | Amazon | www.amazon.com/dp/B0FSKR56YN | |
| B0FR7P2KXS | HBN | Amazon | www.amazon.com/dp/B0FR7P2KXS | |
| B0GL3C5696 | Magnavox | Amazon | www.amazon.com/dp/B0GL3C5696 | |
| B0F7GZYL7B | MAIPSIG | Amazon | www.amazon.com/dp/B0F7GZYL7B | |
| B0G3WM3L9F | Mazzen | Amazon | www.amazon.com/dp/B0G3WM3L9F | |
| B0FQNZFLL2 | MuliVid | Amazon | www.amazon.com/dp/B0FQNZFLL2 | |
| B0GNNP6SNB | NutriChef | Amazon | www.amazon.com/dp/B0GNNP6SNB | |
| B0FR7J6MWS | Ontravelo | Amazon | www.amazon.com/dp/B0FR7J6MWS | |
| B0FGNGYGPD | RyRot | Amazon | www.amazon.com/dp/B0FGNGYGPD | |
| B0FQP7RB9N | Topteng | Amazon | www.amazon.com/dp/B0FQP7RB9N | |
| B0GKVSTCWK | VELPAX | Amazon | www.amazon.com/dp/B0GKVSTCWK | |
| B0F8TS6LBB | VNN | Amazon | https://www.amazon.com/VNN-Slushie-Machine-Auto-Clean-Margaritas/dp/B0F8TS6LBB | |
| B0F8TYD6L6 | VNN | Amazon | https://www.amazon.com/dp/B0F8TYD6L6 | |
| B0FNCGGZXZ | WETIE | Amazon | www.amazon.com/dp/B0FNCGGZXZ | |
| B0FFGR6DG9 | Wie | Amazon | https://www.amazon.com/dp/B0FFGR6DG9 | |
| B0FQJMNKPL | Wind Shear | Amazon | www.amazon.com/dp/B0FQJMNKPL | |